IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| BILLY MILES, B75226, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | Case No. 24-cv-1287-DWD |
| JOHN DOE 1, ) | |
| DAVID MITCHELL, ) | |
| ) | |
| Defendants. ) | |

# MEMORANDUM AND ORDER

**DUGAN, District Judge:**

Plaintiff Billy Miles, an inmate of the Illinois Department of Corrections (IDOC), currently detained at Menard Correctional Center (Menard), brings this civil rights action pursuant to 42 U.S.C. § 1983 for alleged deprivations of his constitutional rights concerning events that transpired at Pinckneyville Correctional Center in May of 2022. Specifically, Plaintiff complains that he was disappointed with a purchase of coffee grounds from the commissary. The allegations in this case are verbatim identical to those presented in *Miles v. John Doe 1, et al.*, Case No. 24-cv-1286-DWD. It appears that the above-captioned matter was opened in error on behalf of Plaintiff, the prison law library, or the Clerk's Office of this Court. Because this case is a complete duplicate of 24-cv-1286, and this Court has already addressed that case on the merits, it will now administratively close this matter and it will not collect a filing fee or impose any other consequences for this duplicative filing.

**Disposition**

**IT IS HEREBY ORDERED THAT** the Clerk of Court is **DIRECTED** to **ADMINISTRATIVELY CLOSE** this matter because it is a duplicate of 24-cv-1286-DWD. Plaintiff's pending Motion to Proceed In Forma Pauperis (Doc. 2) is **DENIED** as **MOOT**. No filing fee shall be imposed, and no other consequences shall attach.

**IT IS SO ORDERED.**

Dated: July 15, 2024

/s *David W. Dugan*

_____
DAVID W. DUGAN
United States District Judge